

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STEVE E. MORSE　　　　　　　　*

*

*　　Civil Action

*Plaintiff,*

*　　No.: 1:17-cv-01331-GJH

v.　　　　　　　　　　　　　　　*

OFFICER JUSTIN TROJAN *et al.*

*

*Defendants.*　　　　　　　　　　*

\* 　\* 　\* 　\* 　\* 　\* 　\* 　\* 　\* 　\* 　\* 　\*

### VERDICT FORM – PUNITIVE DAMAGES

What amount do you award in punitive damages against Defendant Trojan for Excessive Force?

$37,250

Total Damages (Punitive Damages awarded added to $14,000 previously awarded):

$51,250

The foreperson should sign and date below when deliberations are completed.

8/5/22
DATE

**SIGNATURE REDACTED**
FOREPERSON

1